UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDERICK DILLARD | Case No.: 2:24-cv-1990-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

On October 23, 2024, state prisoner Ederick Dillard submitted an application to proceed *in forma pauperis*. (ECF No. 1). But Plaintiff has not filed a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

Plaintiff must submit a signed complaint on this Court's approved form if he wants to proceed with this action. Alternatively, if Plaintiff did not intend to initiate a new action but, rather, intended to file his document in an existing lawsuit, then he must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. And Plaintiff must clearly write the correct case number on his documents. Nev. LR IA 10-2.

It is therefore ordered that Plaintiff has **until November 27, 2024**, to **either** submit a signed legible complaint to this Court **or** file a notice under Rule 41(a)(1)(A)(i) voluntarily dismissing this action.

This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff Ederick Dillard the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: October 28, 2024

_____
UNITED STATES MAGISTRATE JUDGE